No. 10326. STATE ex rel. DOYLE S. POTTS, RELATOR, *v.* The DISTRICT COURT OF the SEVENTEENTH JUDICIAL DISTRICT of the State of Montana, IN AND FOR the COUNTY OF VALLEY, and the HONORABLE JACK R. LOUCKS, Judge of the Fifteenth Judicial District of the State of Montana, presiding in the said District Court of the Seventeenth Judicial District of the State of Montana, in and for the County of Valley, RESPONDENTS.

Decided August 16, 1962.

374 P.2d 116.

PER CURIAM.

The writ is denied and the proceeding is ordered dismissed.